No. 77–524. MORITT v. GOVERNOR OF NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 77–574. IN RE MURRAY. Appeal from Sup. Ct. Ind. dismissed for want of substantial federal question.

No. 77–582. CHASE BRASS & COPPER CO., INC. v. FRANCHISE TAX BOARD OF CALIFORNIA. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 77–749. A. P. F. v. C. M. C., A MINOR, BY CONWAY, ET AL. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 77–5740. IN RE DEL RIO, JUDGE. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.